IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EARLINE M. FIFER,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 08-0372 |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 10th Day of November, 2008, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. No. 10) and the Report and Recommendation of Magistrate Judge David R. Strawbridge (Doc. No. 14), to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Plaintiff's request for review is **GRANTED** to the extent that the matter is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings consistent with the Magistrate Judge's Report.

3. The decision of the Commissioner is **REVERSED** for the purposes of this remand only.

4. The Clerk of Court shall mark this action closed for statistical purposes.

AND IT IS SO ORDERED.

s/ Paul S. Diamond

_____
**Paul S. Diamond, J.**